Argued December 1—decided December 1, 1964

EDWARD N. SHAY, ADMINISTRATOR (ESTATE OF ROSEMARY KRALIK) *v.* ST. RAPHAEL HOSPITAL ET AL.

It appearing that the named defendant in the above-entitled case has failed to prosecute its appeal from the Superior Court in New Haven County with proper diligence, it is, under Practice Book

§ 696, ordered by the Supreme Court of Errors, suo motu, that the appeal be and hereby is dismissed.

*William R. Murphy,* for the appellant (named defendant).

*Edward N. Shay,* for the appellee (plaintiff).

Argued December 1—decided December 1, 1964

The named defendant filed a motion for reargument which was granted.